The Honorable Marc Barreca
Chapter 7
Hearing Date: August 17, 2023
Hearing Time: 9:30 a.m.
Place: Courtroom 7106
Response Due: August 10, 2023

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re: | No. 23-10358 |
| SAHIL SHARMA, | TRUSTEE'S MOTION TO DISMISS CHAPTER 7 CASE FOR CAUSE |
| Debtor. | |

Virginia A. Burdette, the Chapter 7 Trustee in the above-referenced case, hereby moves the Court for dismissal of the Chapter 7 proceeding for cause based upon the following representations:

1.      The Debtor filed for Chapter 7 bankruptcy protection on February 27, 2023. I was appointed as Trustee shortly thereafter.  I am the duly qualified and acting Trustee in this case.

2.      The first meeting of creditors in the Chapter 7 case was originally scheduled for March 27, 2023, but the meeting was continued to May 8, 2023, and continued an additional time to June 20, 2023, to allow the Debtor time to provide the Trustee with requested documents required by Bankruptcy Rule 4002.

3.      On March 25, 2023, May 4, 2023, June 13, 2023 and June 19, 2023 the Trustee emailed the Debtor's attorney requesting the required BR 4002 documents but has not gotten a reply.

4.      The Trustee has continued the meeting to July 24, 2023.

5.      The Debtor has failed to provide the documentation as required under Bankruptcy Rule 4002, and the Trustee believes such failure justifies dismissal of his case on the basis of unreasonable delay that is prejudicial to creditors.

TRUSTEE'S MOTION TO DISMISS CHAPTER 7
CASE FOR CAUSE - 1

Virginia A. Burdette
Chapter 7 Trustee
P.O. Box 16600
Seattle, WA 98116
Telephone:  (206) 441-0203

1

2    WHEREFORE, the Trustee requests that the Court enter an Order dismissing the Chapter 7 proceeding

3    for failure to provide documents required by BR 4002.

4    DATED this 17th day of July, 2023

5                                                      /s/ Virginia A. Burdette
                                                       Virginia A. Burdette, WSBA #17921
6                                                      Chapter 7 Trustee

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   TRUSTEE'S MOTION TO DISMISS CHAPTER 7
     CASE FOR CAUSE - 2