The Honorable Marc Barreca
Chapter 7
Hearing Date: August 23, 2023
Hearing Time: 10:00 a.m.
Place: Courtroom via Zoomgov
Response Due: August 16, 2023

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re:

SAHIL SHARMA,

        Debtor.

No. 23-10358

TRUSTEE'S MOTION TO DISMISS
CHAPTER 7 CASE FOR CAUSE

      Virginia A. Burdette, the Chapter 7 Trustee in the above-referenced case, hereby moves the Court for dismissal of the Chapter 7 proceeding for cause based upon the following representations:

      1.     The Debtor filed for Chapter 7 bankruptcy protection on February 27, 2023. I was appointed as Trustee shortly thereafter. I am the duly qualified and acting Trustee in this case.

      2.     The first meeting of creditors in the Chapter 7 case was originally scheduled for March 27, 2023, but the meeting was continued to May 8, 2023, and continued an additional time to June 20, 2023, to allow the Debtor time to provide the Trustee with requested documents required by Bankruptcy Rule 4002.

      3.     On March 25, 2023, May 4, 2023, June 13, 2023 and June 19, 2023 the Trustee emailed the Debtor's attorney requesting the required BR 4002 documents but has not gotten a reply.

      4.     The Trustee has continued the meeting to July 24, 2023.

      5.     The Debtor has failed to provide the documentation as required under Bankruptcy Rule 4002, and the Trustee believes such failure justifies dismissal of his case on the basis of unreasonable delay that is prejudicial to creditors.

TRUSTEE'S MOTION TO DISMISS CHAPTER 7
CASE FOR CAUSE - 1

WHEREFORE, the Trustee requests that the Court enter an Order dismissing the Chapter 7 proceeding for failure to provide documents required by BR 4002.

DATED this 18th day of July, 2023

*/s/ Virginia A. Burdette*
Virginia A. Burdette, WSBA #17921
Chapter 7 Trustee

TRUSTEE'S MOTION TO DISMISS CHAPTER 7
CASE FOR CAUSE - 2