IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re:<br><br>SAHIL SHARMA,<br><br>          Debtor. | No. 23-10358<br><br>ORDER GRANTING TRUSTEE'S MOTION TO DISMISS CHAPTER 7 CASE FOR CAUSE |

THIS MATTER coming on duly and regularly before the Court upon the Trustee's Motion to Dismiss Chapter 7 Case for Cause, no further notice of the Trustee's Motion given, the Court finding notice has been sufficient; the Trustee Virginia A. Burdette appearing, and for good cause shown, the court finds that dismissal is in the best interest of creditors; it is hereby

ORDERED the Chapter 7 case is hereby dismissed.

///END OF ORDER///

Presented by:

*/s/ Virginia A. Burdette*
Virginia A. Burdette, WSBA #17921
Chapter 7 Trustee
P.O. Box 16600
Seattle, WA 98116
Telephone: (206) 441-0203

ORDER GRANTING TRUSTEE'S MOTION TO
DISMISS CHAPTER 7 CASE FOR CAUSE - 1