The Honorable Marc Barreca
Chapter 7
Hearing Date: August 23, 2023
Hearing Time: 10:00 a.m.
Place: Courtroom via Zoomgov
Response Due: August 16, 2023

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re:

SAHIL SHARMA,

Debtor.

No. 23-10358

DECLARATION OF VIRGINIA A. BURDETTE IN SUPPORT OF TRUSTEE'S MOTION TO DISMISS CHAPTER 7 CASE FOR CAUSE

I, Virginia A. Burdette, in support of the Trustee's Motion to Dismiss Chapter 7 Case for Cause, states as follows:

1. I am the duly appointed and acting Chapter 7 Trustee ("Trustee") in the above-captioned case. I have personal knowledge of the facts set forth herein and, if called, would be competent to testify to them.

2. This Declaration is being submitted in support of my Motion to Dismiss Chapter 7 Case for Cause.

3. The original 11 U.S.C. § 341 meeting of creditors was set for March 27, 2023 but was continued to May 8, 2023, and was again continued to June 20, 2023 to allow the Debtor an opportunity to provide the Trustee with the documentation required under Bankruptcy Rule 4002.

4. I emailed the Debtor's attorney before each 11 U.S.C. §341 stating that I had not received the required BR 4002 documents and my assistant sent a reminder email approximately seven days before each continued §341 meeting of creditors. I continued the meeting one last time to July 24, 2023. To the

DECLARATION OF VIRGINIA A. BURDETTE IN SUPPORT OF TRUSTEE'S MOTION TO DISMISS CHAPTER 7 CASE FOR CAUSE - 1

Virginia A. Burdette
Chapter 7 Trustee
P.O. Box 16600
Seattle, WA 98116
Telephone: (206) 441-0203

best of my knowledge, the requested BR 4002 documents have not been provided by email or upload to AXOS.

5. The Debtor did not appear at any of the continued §341 hearing dates. After conclusion of the continued hearing on the June 20, 2023 calendar at 8:45 A.M., the Debtor's attorney appeared at the next calendar time and said her client was now on the line. I declined to take testimony at that time.

6. I believe that dismissal of this Chapter 7 case is appropriate due to the Debtor's failure to comply with Bankruptcy Rule 4002, and also on the basis of unreasonable delay that is prejudicial to creditors.

7. I have reviewed the Trustee's Motion to Dismiss Chapter 7 Case for Cause and the facts in my Motion are true and correct to the best of my knowledge.

DATED this 18th day of July, 2023.

*/s/ Virginia A. Burdette*
Virginia A. Burdette, WSBA #17921
Chapter 7 Trustee

DECLARATION OF VIRGINIA A. BURDETTE IN SUPPORT OF TRUSTEE'S MOTION TO DISMISS CHAPTER 7 CASE FOR CAUSE - 2

Virginia A. Burdette
Chapter 7 Trustee
P.O. Box 16600
Seattle, WA 98116
Telephone: (206) 441-0203