The Honorable Marc Barreca
Chapter 7
Hearing Date: August 23, 2023
Hearing Time: 10:00 a.m.
Place: Courtroom via Zoomgov
Response Due: August 16, 2023

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| In re: | No. 23-10358 |
|---|---|
| SAHIL SHARMA | NOTICE OF HEARING ON TRUSTEE'S MOTION TO DISMISS CHAPTER 7 CASE FOR CAUSE |
| Debtor. | |

PLEASE TAKE NOTICE that Trustee Virginia A. Burdette, ("Trustee"), has set for hearing a Motion to Dismiss Chapter 7 Case for the Debtor's failure to provide the Trustee with the documents required by Bankruptcy Rule 4002. Copies of the Motion are on file with the Bankruptcy Court Clerk in Seattle or available from the undersigned. The Motion is SET FOR HEARING as follows:

**JUDGE:** Hon. Marc Barreca        **TIME:** 10:00 a.m.

**PLACE:** Via Zoomgov        **DATE:** August 23, 2023

**ZOOMGOV ACCESS INFORMATION**
**Join ZoomGov Meeting**
https://www.zoomgov.com/j/1607704823?pwd=TUYxditUQ211OWdNeXVuYlZ5bTdBUT09(link is external)
Meeting ID: 160 770 4823
Passcode: 781136
One tap mobile
+16692545252,,1607704823# US (San Jose)
+16692161590,,1607704823# US (San Jose)
**Dial by your location**
+1 669 254 5252 US (San Jose)
+1 669 216 1590 US (San Jose)
+1 646 828 7666 US (New York)
+1 551 285 1373 US
Meeting ID: 160 770 4823
Find your local number:

NOTICE OF HEARING ON TRUSTEE'S
MOTION TO DISMISS CHAPTER 7 CASE
FOR CAUSE - 1

https://www.zoomgov.com/u/aCksE5Pde(link is external)

**NOTES**
- Please do not attempt to record this session. It is prohibited.
- Please set your Zoom user name to show your first and last name only: Jane Doe, John Doe…(this will make it easier for the judge to identify parties)
- If you are disconnected from the session and can't rejoin, email the judge's judicial assistant at: Jessica_Smith@wawb.uscourts.gov
- Please join this Zoom session 15 mins prior to the scheduled start of the hearing.

**CONNECTING TO THE SESSION**
- If attending this meeting via Video: Select the "Join ZoomGov Meeting" link below to join the session.
- If attending this meeting via Phone-only (no video):
Cell phone users: Select one of the "One tap mobile" (San Jose) options listed below to connect
- Landline users: Dial one of the "Dial by your location (San Jose)" numbers listed below > Enter the "Meeting ID" when prompted > Press # when prompted for your "Personal Meeting ID"

**TIPS FOR SUCCESS**
- Choose a quiet location without distractions.
- Choose an area with good light, but not too much bright light behind you.
- For better sound quality, use a headset with built-in mic (or make sure you are close to your microphone).
- Turn off apps that have built-in sounds, minimizing background noise.
- Check and confirm, in advance of the hearing, that you have a working camera and microphone on your device.
- If you run into technical issues or have questions, send email to: curtis_udy@wawb.uscourts.gov

YOU ARE FURTHER NOTIFIED that responses or objections must be made in writing and the original filed with the Bankruptcy Court at 700 Stewart Street, Room 6301, Seattle, Washington 98101. Copies must be served on the United States Trustee's Office at 700 Stewart Street, Suite 5103, Seattle, Washington 98101, the above-named Judge, and the undersigned **not later than the response date** which is **August 16, 2023**. Failure to comply with the local rule may be deemed by the Court as opposition without merit. If responsive pleadings are not filed as stated above, the hearing may be stricken and an order granting the relief requested in the motion may be presented *ex parte*.

DATED this 18th day of July, 2023.

*/s/ Virginia A. Burdette*
Virginia A. Burdette, WSBA #17921
Chapter 7 Trustee

NOTICE OF HEARING ON TRUSTEE'S
MOTION TO DISMISS CHAPTER 7 CASE
FOR CAUSE - 2

Virginia A. Burdette
Chapter 7 Trustee
P.O. Box 16600
Seattle, WA 98116
Telephone: (206) 441-0203